DUNBAR & SULLIVAN DREDGING COMPANY, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 25371.)

Argued May 27, 1943; decided October 14, 1943.

*George H. Rothlauf* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Arthur W. Mattson, Orrin G. Judd* and *Herbert A. Einhorn* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.